

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00539-CV

Randall Carlton **ORNDOFF**,
Appellant

v.

Terri Lee **ITALIAN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 04-1876-CV
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE PULLIAM, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are assessed against appellant.

SIGNED July 15, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice